

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00314-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| TREVOR DOTZLER, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TREVOR DOTZLER , Case No.  2:13-cr-00314-MCE  from custody for the following reasons:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of $ _____

_X_   Unsecured Appearance Bond       $50,000, co-signed by father

____   Appearance Bond with 10% Deposit

____   Appearance Bond with Surety

____   Corporate Surety Bail Bond

_X_   (Other): Pretrial Services conditions

Issued at Sacramento, California on September 26, 2013.

By: *Carolyn Delaney*

Magistrate Judge Carolyn K. Delaney