1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    TREVOR DOTZLER
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,          )   NO. 2:13-CR-000314 MCE
12                                      )
                      Plaintiff,        )   STIPULATION AND ORDER
13                                      )   TO AMEND JUDGEMENT TO REMOVE
         v.                             )   RECOMMENDATION FOR 500 HOUR
14                                      )   DRUG PROGRAM
    TREVOR DOTZLER,                     )
15                                      )   DATE:        n.a.
                      Defendant.        )   TIME:        n.a.
16                                      )   JUDGE:       Hon. Morrison C. England

17   _____

18

19       IT IS HEREBY STIPULATED between the parties, JASON HITT, Assistant United

20   States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal

21   Defender, attorney for defendant TREVOR DOTZLER, that the JUDGMENT entered in this

22   case on March 17, 2014 be amended pursuant to Fed. R. Crim. P. 35 to remove the

23   recommendation that the Defendant participate in the 500 hour drug treatment program.  Neither

24   party requested the 500 hour program at sentencing, and the recommendation may interfere with

25   the request for a California designation.

26   ///

27   ///

28   ///

                                        -1-

Dated:  March 24, 2014                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/Douglas Beevers*
                                          DOUGLAS BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          TREVOR DOTZLER

Dated:  March 24, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          */s/ Jason Hitt*
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


**O R D E R**

        Based on the stipulation of the parties and good cause appearing therefrom, the Court

hereby orders that the Judgment entered March 17, 2014 be amended to remove the

recommendation for the 500 hour drug program.

        IT IS SO ORDERED.

Dated:  March 27, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT